**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Vassil Filipov, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:11-cv-00366-JOF |
| American Residential Services, | : | |
| L.L.C. a Foreign Corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER APPROVING SETTLEMENT AND
<u>DISMISSAL OF CASE WITH PREJUDICE</u>**

Upon review of the Joint Motion for Court Approval of Settlement and Motion to Dismiss with Prejudice, and upon the *in camera* review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the Parties' Joint Motion is hereby GRANTED. Thus, it is

ORDERED that the referenced Settlement Agreement and General Release is APPROVED and this action is hereby dismissed with prejudice.

The Clerk of the Court is DIRECTED to close this case accordingly.

**IT IS SO ORDERED** this 23rd day of September, 2011.

　　　　　　　　　　　　　　　　　　/s/   J. Owen Forrester
　　　　　　　　　　　　　　　　J. OWEN FORRESTER
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)